RECEIVED
IN LAKE CHARLES, LA

FEB 16 2006 

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | DOCKET NO. 04 CV 2419 |
| VS. | : | JUDGE MINALDI |
| NOBLE (U.S.) INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED, and DECREED, that the Motion for Summary Judgment [doc. #31] filed by defendant, NOBLE (U.S.) INC., be GRANTED.

IT IS FURTHER ORDERED that the Partial Motion for Summary Judgment [doc. #28] filed by plaintiff be DENIED and the entirety of the plaintiff's claim against defendant be DISMISSED.

Lake Charles, Louisiana, this 15 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT